FORM 11

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE MARK A. BARNETT, CLAIRE R. KELLY,
JENNIFER CHOE-GROVES, JUDGES

|  |  |
|---|---|
| IN RE SECTION 301 CASES | ) ) ) ) ) ) |

Court No. 21-cv-00052-3JP
And attached schedule

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, pursuant to Rule 75(e) of the Rules of the United States Court of International Trade, the undersigned who previously entered an appearance in the above captioned proceeding and attached schedule, hereby notifies the Court that the firm of The Obert Law Firm, P.L.L.C.  and the undersigned attorney have changed their office address to 196-55 McLaughlin Avenue, Holliswood, New York 11423.  **Don M. Obert** with the law firm of The Obert Law Firm, P.L.L.C. remains the lead attorney in these proceedings and requests that all papers be served upon him at the address below. Mr. Obert's email address remains: obert@obertlaw.com

Dated:  July 6, 2023

**/s/ Don M. Obert**
Don M. Obert
The Obert Law Firm, P.L.L.C.
196-55 McLaughlin Avenue
Holliswood, New York 11423
T: 646-546-5111
E: obert@obertlaw.com

**Schedule of Cases**

| Full Case No. | Case Name |
|---|---|
| 20-cv-02810-3JP | Nassimi, LLC v. United States et al |
| 20-cv-02818-3JP | Global Food Trading Corp. v. United States et al |
| 20-cv-02934-3JP | CRP Industries Inc. v. United States et al |
| 20-cv-02994-3JP | AmercareRoyal, LLC et al v. United States et al |
| 20-cv-03111-3JP | Mulitia LLC v. United States of America et al |
| 20-cv-03292-3JP | RD Foods Americas, Inc. v. United States of America et al |
| 21-cv-00619-N/A | KMM (USA) Inc. v. United States et al |
| 21-cv-00637-N/A | Ferry and Pier LLC v. United States et al |
| 22-cv-00311-N/A | Uniquechem Solutions Inc. et al v. United States et al |